# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 244 MAL 2020

Respondent

:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

v.                                      :
:
:

ANTHONY LEE KEMBERLING,      :
:

Petitioner                              :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.